**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LEROY DAVENPORT**                                                                 **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO: 4:26-CV-59-RPC-DAS**

**DELTA BUS LINES, INC.;
MANUFACTURERS ALLIANCE
INSURANCE COMPANY**                                                        **DEFENDANTS**

**ORDER OF REMAND**

Pursuant to the Memorandum Opinion issued this day, Plaintiff Leroy Davenport's Motion to Remand [Doc. 10] is hereby **GRANTED**, and this case is **REMANDED** to the Washington County Circuit Court for further proceedings. Manufacturers Alliance Insurance Company's Motion to Dismiss [Doc. 6] is hereby dismissed as **MOOT**.

**SO ORDERED**, this the 1st day of July, 2026.

_____
**UNITED STATES DISTRICT JUDGE**